DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
GREGG W. LOWDER (CABN 107864)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    Email: Gregg.Lowder@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19-0226 RS |
|---|---|
| Plaintiff, | ) |
| | ) **UNITED STATES BILL OF PARTICULARS** |
| v. | ) **FOR THE FORFEITURE OF PROPERTY** |
| LORENZO LEE, | ) |
| JEFFREY MCCOY, | ) |
| ANTHONY BROWN, | ) |
| DESHAWNTE GAMBOA, | ) |
| DEBORAH POLK, | ) |
| EVAN MARTINEZ-DIAZ, | ) |
| MAGO AGUILAR-PACHECO, | ) |
| CESAR ALVARADO, | ) |
| JESSE LOPEZ, III, | ) |
| JOSE DELGADILLO, | ) |
| MARCO DELGADILLO, | ) |
| LUIS TORRES-GARCIA, | ) |
| TIMOTHY PEOPLES, | ) |
| Defendants. | ) |

Bill of Particulars for Forfeiture of Property
CR 19-0226 RS

1

The United States of America, by and through David L. Anderson, United States Attorney for the Northern District of California, and Gregg W. Lowder, Assistant United States Attorney, hereby files the following Bill of Particulars for notice of forfeiture of property.

The Indictment in the above-captioned case filed on May 14, 2019, provides notice of and seeks the forfeiture of any property constituting and derived from any proceeds defendants obtained pursuant to 21 U.S.C. § 853(a). The United States hereby gives notice that, in addition to any property already listed in the forfeiture allegation, the United States is additionally seeking forfeiture of the following property:

- $104,505 in United States Currency seized on or about February 9, 2019;
- $103,367 in United States Currency seized on or about April 30, 2019;
- $22,980 in United States Currency seized on or about April 30, 2019;
- $4,898 in United States Currency seized on or about April 30, 2019;
- $2,574 in United States Currency seized on or about April 30, 2019.
- $10,000 in United States Currency seized from Timothy Peoples on or about April 30, 2019; and
- $3,528 in United States Currency seized from Timothy Peoples on or about April 30, 2019.

DATED: October 25, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

GREGG W. LOWDER
Assistant United States Attorney