ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS TORRES GARCIA, <br><br> Defendant. | NO. CR19-226 RS <br><br> **[PROPOSED] ORDER TO CONTINUE APRIL 25, 2023 STATUS TO MAY 23, 2023 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

    The parties appeared before the Court on February 21, 2023 for an initial status conference. Defense counsel requested time to review discovery produced by the government. A further status was set for April 25, 2023. Defense counsel is continuing to review discovery and has requested discovery items that he believes are missing from the government's production, which the government is working to provide. The parties therefore agree and stipulate that the status scheduled for April 25, 2023 should be continued to May 23, 2023 and that time should be excluded from April 25, 2023 through May 23, 2023.

    IT IS SO STIPULATED

                              ISMAIL J. RAMSEY
                              United States Attorney

1  Dated: April 19, 2023                 ___/s/_____
                                         Daniel Pastor
2                                        Assistant United States Attorney

3

4  Dated: April 19, 2023                 _____/s/_____
                                         Peter Arian
5                                        Counsel for Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXCLUDING TIME
NO. CR 19-226 RS

**[PROPOSED] ORDER**

For the reasons stated on the record, and as noted above, the Court hereby finds that the exclusion of time from April 25, 2023 through May 23, 2023 is warranted and that the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny defendants the effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). IT IS HEREBY ORDERED THAT the time from April 25, 2023 through May 23, 2023 shall be excluded from computation under the Speedy Trial Act.

The status scheduled for April 25, 2023 is rescheduled to May 23, 2023.

DATED: _____

_____
HON. RICHARD SEEBORG
Chief U.S. District Court Judge