PETER L. ARIAN (Bar No. 238029)
(E-Mail: Peterarianlaw@gmail.com)
822 College Avenue # 308
Kentfield, CA 94914
Telephone: (415) 785-4060
Facsimile: (415) 329-1408

Attorney for Defendant
LUIS TORRES GARCIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>LUIS TORRES GARCIA,<br><br>            Defendant. | Case No. 19-CR-00226-12-RS-LB<br><br>**UNOPPOSED EX PARTE APPLICATION TO MODIFY BOND** |

Defendant Luis Torres Garcia ("Mr. Torres"), by and through his attorney of record, Peter L. Arian, hereby submits this unopposed ex parte application to modify the terms and conditions of his release to delete the curfew condition. Neither pre-trial services nor the government opposed this request. This application is supported by a declaration of counsel, presented herewith. A proposed order is attached.

                                        Respectfully submitted,


DATED: May 2, 2023           By  */s/ Peter L. Arian*
                                        PETER L. ARIAN
                                        Attorney for LUIS TORRES GARCIA

1

**DECLARATION OF PETER L. ARIAN**

I, PETER L. ARIAN, declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I represent defendant LUIS TORRES GARCIA in the above-entitled action.

2. On February 28, 2023, this Court ordered Mr. Torres released on a $50,000 surety bond. Relevant to this motion, one condition of the bond was a curfew from 10:00 p.m. to 7:00 a.m.

3. To my knowledge, Mr. Torres has not violated any of the terms of his bond to date. The curfew condition is interfering with a job that Mr. Torres has obtained that begins at 6:00 a.m. every morning and conflicts with his curfew. Mr. Torres lives in Eureka, but his children live in Rio Dell, a 30-minute drive from his residence. The curfew condition also conflicts with his ability to spend time with his children in the evenings and to support their mother with the care of the children.

4. Mr. Torres requests that the curfew condition of his bond be deleted.

5. On May 2, 2023, I emailed pre-trial services officer Elba Romero, the probation officer supervising Mr. Torres, and AUSA Daniel Pastor, the attorney representing the government in this matter, regarding this modification. Ms. Romero emailed me that she did not object to the modification. AUSA Pastor wrote to me that he did not object to the modification if pre-trial services did not have any objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 2, 2023, at Kentfield, California.

/s/ Peter L. Arian            .
PETER L. ARIAN
Attorney for LUIS TORRES GARCIA