PETER L. ARIAN (Bar No. 238029)
(E-Mail:  Peterarianlaw@gmail.com)
822 College Avenue # 308
Kentfield, CA 94914
Telephone:  (415) 785-4060
Facsimile:  (415) 329-1408

Attorney for Defendant
LUIS TORRES GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>LUIS TORRES GARCIA,<br><br>              Defendant. | Case No. 19-CR-00226-12-RS-LB<br><br>**DEFENDANT LUIS TORRES GARCIA'S STATUS REPORT IN ADVANCE OF MAY 30, 2023 HEARING** |

     Defendant LUIS TORRES GARCIA ("Mr. Torres") submits the following status report in advance of the hearing on May 30, 2023.  Mr. Torres was arraigned on February 1, 2023.  Undersigned counsel was appointed the same day.  On February 28, 2023, Mr. Torres was released on bond.  To date, there have been no violations of pre-trial release that the undersigned is aware of.  Initial discovery was timely produced, but incomplete.  The undersigned and the government are working together to resolve the production of outstanding discovery necessary to the defense's Sixth Amendment function.  Plea negotiations have yet to occur.

     On May 24, 2023, the undersigned was offered and accepted an employment position as a Chief Deputy Public Defender for the County of Marin.  This position will begin on October 2, 2023.  Trial for the remaining co-defendants is currently set on the

same date, but Mr. Torres' case has yet to be set for trial. Initially, the undersigned believed that he would be able to go to trial in October and delay the start of this new job. After consideration of the evidence in the case, including the possibility of the filing of a wiretap motion, as well as the outstanding discovery yet to be received by the defense, and the fact that plea negotiations have yet to begin, the undersigned does not believe that it is in Mr. Torres' best interest to continue with the undersigned as his attorney.

This is a complex case with a ten-year mandatory minimum. The other remaining co-defendants and the government have had years to prepare for trial. Mr. Torres and the undersigned have not had that same amount of time to prepare for trial here. While the undersigned values greatly the value of continuity of counsel, in the instant case the undersigned believes that it is outweighed by Mr. Torres right to effective assistance of counsel at trial, which would be significantly compromised if he were required to go to trial in October of this year.

Regrettably, for these reasons the undersigned is requesting that the Court set a future date for appointment of new counsel, and setting of a future status conference. The undersigned believes that the government will seek to set Mr. Torres' trial on October 2, 2023, as such the status conference should remain set. If the Court prefers that the undersigned file a formal motion to withdraw as counsel, the undersigned is happy to do so.

Respectfully submitted,

DATED: May 26, 2023         By  /s/ *Peter L. Arian*

                                           PETER L. ARIAN
                                           Attorney for Luis Torres-Garcia